UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JOANNE KELSO, an individual

       Plaintiff,

v.                                       Case No:   2:13-cv-621-FtM-38DNF

INTEGRITY SOLUTION SERVICES, INC. and DOES 1 TO 10,

       Defendants.
_____/

## **ORDER**[1]

This matter comes before the Court on review of the docket. Plaintiff Joanne Kelso has filed a Motion for Partial Summary Judgment (Doc. 50). To support the motion, Kelso has provided discovery materials. (See Docs. 51 - 62). These discovery materials have not been filed in compliance with the Federal Rules of Civil Procedure, the Middle District of Florida Local Rules, and the CM/ECF Administrative Procedures. See Fed.R.Civ.P. 11(a) ("Every pleading, written motion, *and other paper* must be signed by at least one attorney of record in the attorney's name") (emphasis added); M.D. Fla. Local Rule 1.05(d) ("All pleadings, motions, briefs, applications *and other papers tendered* by counsel as required by Rule 11, Fed.R.Civ.P.") (emphasis added); M.D. Fla. Admin. Proc. for Elec. Filing in Civil and Criminal Cases ("Separate Attachment: Each separate exhibit

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

must be filed as a separate attachment to the main document."). Therefore, the Court will strike these materials. Thereafter, Kelso shall refile the motion and corresponding exhibits in compliance with the appropriate rules.

Accordingly, it is now

**ORDERED:**

Motion for Partial Summary Judgment (Doc. 50) and corresponding exhibits (Docs. 51 - 62) are **STRICKEN**. The Clerk is directed to strike these documents. Plaintiff shall refile her motion, along with corresponding exhibits, in accordance with the proper Federal Rules of Civil Procedure, Local Rules of the Middle District of Florida, and CM/ECF Administrative Procedures no later than **August 8, 2014**.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of August, 2014.

*/s/ Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record