**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JOANNE KELSO,

    Plaintiff,

    vs.                                        CASE NO: 2:13-cv-00621-SPC-DNF

INTEGRITY SOLUTION SERVICES, INC.;
and DOES 1 through 10, inclusive,

    Defendants.

_____/

## **NOTICE OF SETTLEMENT**

    Plaintiff, JOANNE KELSO, by and though her attorneys, informs this Honorable Court that Plaintiff has settled this case with Defendant, INTEGRITY SOLUTION SERVICES, INC., and DOES 1 to 10, inclusive. The parties are in the process of finalizing settlement, and Plaintiff anticipates the settlement will be finalized within 20 days. Plaintiff respectfully requests that this Honorable Court vacate all dates currently set on calendar for this case.

Dated:  September 11, 2014                MARTIN & BONTRAGER, APC

                                                    By: */s/G. Thomas Martin, III*_____
                                                    G. Thomas Martin, III
                                                    *Appearing pro hac vice*
                                                    6565 W. Sunset Blvd., Suite 410
                                                    Los Angeles, California 90028
                                                    Telephone: 323.940.1697
                                                    Facsimile: 323.238.8095
                                                    tom@mblawapc.com
                                                    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on <u>September 11, 2014</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/G. Thomas Martin, III</u>
G. Thomas Martin, III, Esq